1 BARRY J. PORTMAN
Federal Public Defender
2 REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
3 555 - 12th Street
Suite 650
4 Oakland, CA 94607-3627
Telephone: (510) 637-3500
5
Counsel for Defendant DEFRENCHI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ~~CR-05-70158-WDB~~ CR-05-00232-MJJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO PERMIT BEAU DEFRENCHI TO GO CAMPING FOR THE WEEKEND OF JUNE 4 AND 5** |
| vs. | |
| ADRIEN OLIVAS and BEAU DEFRENCHI, | |
| Defendant. | E-FILING CASE |

Beau Defrenchi was released on bond on March 8, 2005. Release conditions include monitoring by Pretrial Services, a curfew that can be adjusted at Pretrial's discretion, an order that Mr. Defrenchi remain in the custody of his mother, Gloria Casares, and an order that Mr. Defrenchi remain in the Northern California. Mr. Defrenchi lives with his mother in Tracy, and would like to go camping at Amador Lake (which is also in the Eastern District of California) with his father, uncle and cousins from the morning of Saturday, June 4 through the late evening of Sunday, June 5. His mother may go as well, but has not yet determined whether she can make it. Pretrial has no objection to the trip, but requests that the Court be notified and approve it.

//

//

Stip. To allow camping trip., 05-70158          1

1   Therefore, the parties stipulate and request that the Court approve Mr. Defrenchi's June 4 – June
2   5 family camping trip.
3       In addition, Pretrial requests that the Court clarify the Bond. The bond states that Mr.
4   Defrenchi's travel is limited to Northern California. The parties believe that "Northern
5   California" means the Northern and Eastern Districts of California, but request that the Court
6   clarify if the Court presumed a different meaning.

7   Date:_____          /S/
                                    _____
8                                   Rebecca Sullivan Silbert
                                    Assistant Federal Public Defender
9                                   Counsel for Mr. Defrenchi

10

11  Date:_____          /S/
                                    _____
                                    Kirstin Ault, by Lewis Davis
12                                  Assistant United States Attorney

13  I hereby attest that I have on file all holograph signatures for any signatures indicted by a
    "conformed" signature (/S/) within this efiled documents.
14
                                    **ORDER**
15      For the above reasons and for good cause shown, it is HEREBY ORDERED that Mr.
16  Defrenchi may go on the camping trip at Amador Lake with his family from Saturday, June 4
17  through the late evening of Sunday, June 5.
18      It is further ordered that the original release condition restricting Mr. Defrenchi to
19  "Northern California" means that travel is permitted in the Northern and Eastern District of
20  California, but not outside of those districts without prior Court approval.
21  SO ORDERED
22
    Date: June 3, 2005
23                                  /S/ Wayne D. Brazil
                                    _____
                                    Honorable Wayne D. Brazil
24                                  United States District Court
                                    Magistrate Judge
25

26

Stip. To allow camping trip., 05-70158                    2