1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant DEFRENCHI
6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | No. CR-05-00232 MJJ |
   |---|---|---|
12 | Plaintiff, | ) | (related case CR-05-00231) |
   | | ) | **STIPULATION AND [PROPOSED]** |
13 | vs. | ) | **ORDER CONTINUING SENTENCING** |
   | | ) | **DATE** |
14 | BEAU DEFRENCHI, | ) | |
   | | ) | Current Date: January 20, 2006 |
15 | Defendant. | ) | Requested Date: March 9, 2006 |
   | _____ | ) | |

16

17     Beau Defrenchi plead guilty in this above-captioned matter on October 14, 2005, and on

18  that date this Court set the matter for sentencing on January 20, 2006. Mr. Defrenchi's co-

19  defendant, Adrien Olivas, and the defendant in the related case, Ryan Carrol, are scheduled to be

20  sentenced on March 17, 2006. There will be overlapping issues of restitution regarding the three

21  defendants, and the Federal Public Defender's Office (counsel for Mr. Defrenchi) will be taking

22  the lead on investigating and resolving those issues. In order to streamline and coordinate this

23  process, Mr. Defrenchi respectfully requests that his sentencing be continued to one week prior to

24  the other defendants, so that the timing in the two cases is essentially the same. Counsel for the

25  government does not object to the continuance. This is the first requested continuance of Mr.

26  Defrenchi's sentencing.

Stip. to Continue Sentencing (Defrenchi)
05-00232 MJJ                                    1

1     Accordingly, it is stipulated and agreed that sentencing for Beau Defrenchi shall be continued from January 17, 2006 to March 9, 2006, at 2:00 p.m. in this Court's San Francisco courtroom.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Date: 12/20/05

/S/
_____
Rebecca Sullivan Silbert
Assistant Federal Public Defender
Counsel for Mr. Defrenchi


Date: 12/27/05

/S/
_____
Kirstin Ault
Assistant United States Attorney

## ORDER

For the above reasons and for good cause shown, it is HEREBY ORDERED that sentencing for Beau Defrenchi in the above-captioned matter be continued to ~~Thursday, March 9,~~ Friday, March 10, 2006 at 2:30 p.m. in Oakland, Courtroom #4. ~~2006 at 2:00 p.m. in this Court's San Francisco courtroom.~~

SO ORDERED

Date: 2/28/2006

_____
Honorable Martin J. Jenkins
United States District Court

Stip. to Continue Sentencing (Defrenchi)
05-00232 MJJ      2