FILED

MAR 2 3 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-05-00232 MJJ |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER PERMITTING |
| | ) SELF-SURRENDER TO DESIGNATED |
| vs. | ) INSTITUTION |
| BEAU DEFRENCHI, | ) Self-Surrender Date: June 30, 2006 |
| Defendant. | ) |

In a Judgement imposed on March 10, 2006 and filed on March 14, 2006, this Court sentenced defendant Beau James Defrenchi to 30 months in custody, with a self-surrender date of June 30, 2006. IT IS HEREBY ORDERED that, if the Bureau of Prisons has designated the institution at which Mr. Defrenchi shall serve his sentence by June 30, 2006, Mr. Defrenchi may self-surrender at the designated institution before 2:00 p.m. on June 30, 2006, instead of self-surrendering to the United States Marshal.

Date: March 23, 2006

Honorable Martin J. Jenkins
Judge, United States District Court
Northern District of California

Order permitting self surrender to institution, 05-00232 MJJ          1