1
2
3
4
5
6
7
8  IN THE UNITED STATES DISTRICT COURT
9  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,  ) No. CR-05-00232 MJJ
   |                           )
12 |            Plaintiff,     ) **STIPULATION AND [PROPOSED]**
   |                           ) **ORDER RELEASING PROPERTY**
13 | vs.                       )
   |                           )
14 | BEAU DEFRENCHI,           )
   |                           )
15 |            Defendant.     )
   | _____ )
16

17    On March 10, 2006, this Court sentenced Beau Defrenchi to 30 months in custody for the
18 burglary of Irvington Arms on February 2, 2005, and the burglary of Dom's Outdoor Outfitters
19 on February 16, 2005. Search warrants arising from those burglaries were executed by the
20 Fremont Police Department on February 21, 2005 and the Livermore Police Department on
21 February 24, 2005, and both the Fremont and Livermore Police Departments seized items during
22 the searches. Mr. Defrenchi was originally arrested by the Fremont Police Department on
23 February 21, 2005, but he was subsequently transferred into federal custody. Because the federal
24 case has been resolved, the parties stipulate that Mr. Defrenchi's personal property, seized during
25 the searches by Fremont and Livermore police and by the jail when Mr. Defrenchi was booked, is
26 no longer needed for the federal case. Specifically, there is no federal need for the shirts, shoes,

1  and jacket seized pursuant to search warrant by the City of Livermore Police Department on
2  February 24, 2005, and no federal need for the cell phone, computer and $921 seized pursuant to
3  search warrant and during jail booking by the City of Fremont Police Department on February
4  21, 2005.
5  SO STIPULATED.

7  Date: 5/9/06                                /S/
8                                              ———————————————————
                                               Rebecca Sullivan Silbert
                                               Assistant Federal Public Defender
9                                              Counsel for Mr. Defrenchi

11                                             /S/
    Date: 5/10/06                              ———————————————————
12                                             Kirstin Ault
                                               Assistant United States Attorney

14  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
15  "conformed" signature (/S/) within this e-filed document.

17  **ORDER**

18      Mr. Defrenchi's personal property was seized in searches executed on February 21, 2005
19  and February 24, 2005 by the Fremont and Livermore Police Department, and during jail booking
20  at the Fremont Jail.  The federal charges filed against Mr. Defrenchi arising from those searches
21  have been resolved.  The property that was seized is no longer needed for the federal case, and,
22  therefore, there is no federal impediment to the City of Livermore Police Department and the
23  City of Fremont Police Department releasing to Mr. Defrenchi the shirts, shoes, and jacket seized
24  //
25  //
26  //

Order releasing property, 05-00232 MJJ                    2

1  pursuant to search warrant on February 24, 2005; and the cell phone, computer and $921 seized
2  pursuant to search warrant and during jail booking on February 21, 2005.
3  SO ORDERED.
4
5  Date:   May  15  , 2006

                                              Honorable Martin J. Jenkins
                                              Judge, United States District Court
                                              Northern District of California

Order releasing property, 05-00232 MJJ         3